**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 369 WAL 2021

          Respondent                           :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

          v.                                :

                                        :

AMANDA LYNN PAPA,                    :

          Petitioner                          :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 370 WAL 2021

          Respondent                           :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

          v.                                :

                                        :

AMANDA LYNN WASSERMAN,         :

                                        :

          Petitioner                          :


## **ORDER**


**PER CURIAM**

      **AND NOW**, this 22nd day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.